United States Bankruptcy Court

Western District of North Carolina

In re:  
James Elliott Vane  
    Debtor

Case No. 16-50303-ltb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0419-5      User: admin      Page 1 of 3  
Date Rcvd: Mar 07, 2022      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Elliott Vane, 1110 Cornstalk Ln., Catawba, NC 28609-8056 |
| 5334896 | + | Capital One Bank (USA), N.A., Attn: Corporate Officer, P.O. Box 12907, Norfolk, VA 23541-0907 |
| 5334898 | | Catawba County Tax Collector, P.O. Box 368, Newton, NC 28658-0368 |
| 5334902 | + | Dba Paragon Revenue Group Corporate, Headquarters, Attn: Corporate Officer, 216 Le Phillip Ct, Concord, NC 28025-2954 |
| 5334904 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Madisonville Operations Center, Attn: Corp Officer, MD 1M0C2N, Cincinnati, OH 45263 |
| 5334905 | + | First Tennessee, Attn: Corp Officer, 1555 Lynnfield Building C, Memphis, TN 38119-7227 |
| 5334906 | | George Brown and Associates, Attn: Corporate Officer, 2200 Crownpoint Executive Drive, Charlotte, NC 28227-7754 |
| 6155564 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5938362 | + | Joel Benton Barker, Ronda Ann Barker, c/o Law Offices of Beth Carter, PO Box 1553, Denver, NC 28037-1553 |
| 5962372 | + | Joel and Ronda Barker, c/o Law Offices of Beth Carter PLLC, PO Box 1553, Denver, NC 28037-1553 |
| 5334910 | | Kubota Credit Corporation, Attn: Corp Officer, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 5334912 | + | Lake Norman Regional Medical Center, Attn: Corporate Officer, 171 Fairview Road, PO Box 3250, Mooresville, NC 28117-3250 |
| 5334913 | + | M & J Loans, Attn: Corp Officer, 409 S. Lafayette St., Shelby, NC 28150-5836 |
| 5366380 | + | M & J Loans of Shelby, Inc., 409 S. Lafayette St., Shelby, NC 28150-5836 |
| 5334915 | + | Nationstar Mortgage, LLC, Attn: Corporate Officer, PO Box 619079, Dallas, TX 75261-9079 |
| 5334917 | + | Shapiro and Ingle, L.L.P., 10130 Perimeter Parkway, Suite 400, Charlotte, NC 28216-0034 |
| 5355797 | + | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5355980 | + | THE BANK OF NEW YORK MELLON, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 07 2022 18:12:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5334888 | | EDI: GMACFS.COM | Mar 08 2022 00:19:00 | Ally Financial, Attn: Corp Officer, PO Box 130424, Roseville, MN 55113-0004 |
| 5334887 | | EDI: GMACFS.COM | Mar 08 2022 00:19:00 | Ally Financial, Attn. Corporate Officer, PO Box 380902, Bloomington, MN 55438-0902 |
| 5334889 | | EDI: BANKAMER.COM | Mar 08 2022 00:20:00 | Bank of America, Attn: Corporate Officer, PO Box 982235, El Paso, TX 79998-2235 |
| 5334893 | | Email/Text: bankruptcy@bbandt.com | Mar 07 2022 18:12:00 | BB&T, Attn: Corp Officer, PO Box 1847, Wilson, NC 27894 |
| 5334892 | | Email/Text: bankruptcy@bbandt.com | Mar 07 2022 18:12:00 | BB&T, Main Branch, Attn: Corp Officer, 223 Nash Street West, Wilson, NC 27893 |
| 5334890 | + | Email/Text: bknotices@bankofthewest.com | Mar 07 2022 18:12:21 | Bank of the West, Attn. Corporate Officer, 180 |

Case 16-50303   Doc 93   Filed 03/09/22   Entered 03/10/22 00:27:40   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0419-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 3180W | Total Noticed: 46 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Montgomery Street, 25th Floor, San Francisco, CA 94104-4206 |
| 5334891 | + | EDI: TSYS2 | Mar 08 2022 00:19:00 | Barclay Bank Delaware, Attn. Corporate Officer, PO Box 8802, Wilmington, DE 19899-8802 |
| 5334894 | | EDI: CAPITALONE.COM | Mar 08 2022 00:19:00 | Capital One, Attn: Corporate Officer, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5334895 | + | EDI: CAPITALONE.COM | Mar 08 2022 00:19:00 | Capital One / BestBuy, Attn: Corp Officer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5353236 | | EDI: CAPITALONE.COM | Mar 08 2022 00:19:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5334899 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 07 2022 18:12:00 | Chex Systems, Inc., Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 5334900 | + | Email/Text: bankruptcy@clearviewfcu.org | Mar 07 2022 18:12:00 | Clearview Federal Credit Union, Attn. Corporate Officer, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 5334901 | + | EDI: WFNNB.COM | Mar 08 2022 00:19:00 | Comenity Bank, Attn: Corp Officer, PO Box 182125, Columbus, OH 43218-2125 |
| 5334903 | | EDI: DISCOVER.COM | Mar 08 2022 00:19:00 | Discover Financial Services, Attn: Corporate Officer, PO Box 15316, Wilmington, DE 19850 |
| 5340415 | | EDI: DISCOVER.COM | Mar 08 2022 00:19:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 5334907 | | Email/Text: bankruptcy.notices@hdfsi.com | Mar 07 2022 18:12:00 | Harley-Davidson Credit Corp., Attn: Rider Services - Corp Officer, PO Box 22048, Carson City, NV 89721-2048 |
| 5334908 | | EDI: IRS.COM | Mar 08 2022 00:20:00 | Internal Revenue Service, Attn: Corporate Officer, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5334909 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2022 18:12:00 | Kohl's (Capital One), Attn: Corporate Officer, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5334911 | | Email/Text: denise@LNAAPA.COM | Mar 07 2022 18:12:00 | Lake Norman Anesthesia Associates, Attn: Corp Officer, 146 Medical Park Road, Suite 108, Mooresville, NC 28117-8529 |
| 5334914 | + | EDI: CITICORP.COM | Mar 08 2022 00:19:00 | Macys Department Store National Bank, Attn. Corporate Officer, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5334916 | | EDI: NCDEPREV.COM | Mar 08 2022 00:18:00 | NC Department of Revenue, Bankruptcy Unit, PO Box 1168, Raleigh, NC 27602-1168 |
| 5335475 | | EDI: NCDEPREV.COM | Mar 08 2022 00:18:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 5334918 | | EDI: RMSC.COM | Mar 08 2022 00:20:00 | Synchrony, Bankruptcy Dept., Attn: Corporate Officer, PO Box 965060, Orlando, FL 32896-5060 |
| 5334919 | + | EDI: RMSC.COM | Mar 08 2022 00:20:00 | Synchrony Bank/Rooms To Go, Attn: Corp Officer, PO Box 965036, Orlando, FL 32896-5036 |
| 5355797 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2022 18:12:00 | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5826226 | + | Email/Text: RASEBN@raslg.com | Mar 07 2022 18:12:00 | THE BANK OF NEW YORK MELLON F/K/A THE BA, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5352363 | | EDI: WFFC.COM | Mar 08 2022 00:19:00 | Wells Fargo Bank, N.A., dba Wells Fargo Dealer S, PO Box 19657, irvine, CA 92623-9657 |
| 5334920 | + | EDI: WFFC.COM | Mar 08 2022 00:19:00 | Wells Fargo Dealer Services, Attn: Corp Officer, PO Box 1697, Winterville, NC 28590-1697 |

District/off: 0419-5 | User: admin | Page 3 of 3
Date Rcvd: Mar 07, 2022 | Form ID: 3180W | Total Noticed: 46

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | Legacy Mortgage Asset Trust 2021-GS3 |
| cr | | Select Portfolio Servicing, Inc. |
| cr | | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| 5335474 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 5334897 | ##+ | Catawba County Clerk of Court, PO Box 790, ATTN: 15SP584, Newton, NC 28658-0790 |
| 5334921 | ##+ | Yadkin Bank, Attn. Corporate Officer, PO Box 888, Elkin, NC 28621-0888 |

TOTAL: 5 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Lawrence Vining | on behalf of Creditor Select Portfolio Servicing  Inc. avining@logs.com, logsecf@logs.com |
| Andrew Lawrence Vining | on behalf of Creditor Goldman Sachs Mortgage Company avining@logs.com  logsecf@logs.com |
| Andrew Lawrence Vining | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 avining@logs.com  logsecf@logs.com |
| Danielle J. Walle | on behalf of Debtor James Elliott Vane danielle@yourncattorney.com |
| Micheal Shane Perry | on behalf of Debtor James Elliott Vane shane@collumperry.com  katie@collumperry.com |
| Steven G. Tate | tate13@ch13sta.com |
| Travis E Menk | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York travis.menk@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Elliott Vane<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1298<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 16–50303 | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Elliott Vane

<u>3/7/22</u>                                   **By the court:** <u>Laura T. Beyer</u>
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**